**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7444**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANNE MARIE CHAMBERS, a/k/a Sugar, a/k/a Anne
Marie Jack,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge.
(CR-94-89, CA-97-755)

---

Submitted: February 25, 1999          Decided: March 9, 1999

---

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Anne Marie Chambers, Appellant Pro Se. Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anne Marie Chambers seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Chambers, Nos. CR-94-89; CA-97-755 (E.D. Va. Sept. 3, 1998). We deny Appellant's motion for general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2